UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN L. SCOTT,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 18-cv-10261

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
DAVID R. GRAND

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#17], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#16], AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#13]**

This matter is before the Court on Plaintiff's and Defendant's cross-motions for summary judgment. Dkt. No. 13; Dkt. No. 16. The Court referred this matter to Magistrate Judge David R. Grand, who issued a Report and Recommendation on November 5, 2018, recommending that the Court grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment. Dkt. No. 17. Neither party has filed an objection to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations

as provided by the rules of the court."). Upon review of the parties' briefs and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate reached the correct conclusion.

Accordingly, the Court ACCEPTS and ADOPTS Magistrate Judge Grand's November 5, 2018 Report and Recommendation [#17] as this Court's findings of fact and conclusions of law. Defendant's Motion for Summary Judgment [#16] is hereby GRANTED and Plaintiff's Motion for Summary Judgment [#13] is DENIED.

IT IS SO ORDERED.

Dated: November 26, 2018

                                                     s/Gershwin A. Drain
                                                     HON. GERSHWIN A. DRAIN
                                                     United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 26, 2018, by electronic and/or ordinary mail.

                                                     s/Teresa McGovern
                                                     Case Manager